# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBIN BLOUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-01485 RHH |
| | ) | |
| SAINT LOUIS COUNTY DEPT. | ) | |
| OF PUBLIC HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Plaintiff has failed to comply with the Court's Order dated October 8, 2025, requiring plaintiff to submit a copy of her EEOC Charge of Discrimination by October 29, 2025. As a result, this action is dismissed for failure to comply with a Court Order. *See* Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal would not be taken in good faith.

Dated this 4th day of November, 2025.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE