**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ROBIN BLOUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-CV-01485 RHH |
| ) | |
| SAINT LOUIS COUNTY DEPT. ) | |
| OF PUBLIC HEALTH, ) | |
| ) | |
| Defendant. ) | |

**OPINION, MEMORANDUM AND ORDER**

On November 7, 2025, plaintiff notified the Court that due to a clerical error in the entry of the email address of plaintiff, she did not receive notice of the Opinion, Memorandum and Order entered in this case on October 8, 2025, requiring her to provide the Court with a copy of her EEOC Charge of Discrimination by October 29, 2025. [ECF No. 5]. As such, the Court will vacate the Order of Dismissal entered in this matter on November 4, 2025. [ECF No. 6].

Accordingly,

**IT IS HEREBY ORDERED** that the Order of Dismissal entered on November 4, 2025 [ECF No. 6] is **VACATED**.

**IT IS FURTHER ORDERED** that this matter is **REOPENED**.

Dated this 7th day of November, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE