UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBIN BLOUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-CV-01485 RHH |
| | ) |
| SAINT LOUIS COUNTY DEPT. OF, PUBLIC HEALTH, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

After review of Plaintiff Robin Blount's Charge of Discrimination, submitted on November 6, 2025, the Court will issue process on Plaintiff's Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process, or cause process to be issued, on Plaintiff Robin Blount's employment discrimination Complaint filed on October 1, 2025. [ECF No. 1].

**IT IS FURTHER ORDERED** that because Plaintiff is proceeding in forma pauperis in this matter, the U.S. Marshals Service shall effectuate service on Plaintiff's behalf.

**IT IS FURTHER ORDERED** that Defendant Saint Louis County Department of Public Health shall be served with summons through its Director, Kanika A. Cunningham, at 6121 N. Hanley Road, Berkeley, Missouri, 63134.

Dated this 12th day of November, 2025.

_____
RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE